KEVIN V. RYAN, CA NO. 118321
United States Attorney
JOANN M. SWANSON, CA NO. 88143
Chief, Civil Division
EDWIN L. JOE, CA NO. 112328
Special Assistant U.S. Attorney
455 Market Street, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 744-8494
Facsimile: (415) 744-6812
edwin.joe@sba.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | E-Filing |
| | ) | |
| Plaintiff, | ) | Case No: C 04-4351 SBA |
| | ) | HON. SAUNDRA BROWN ARMSTRONG |
| | ) | |
| v. | ) | Date:   January __24__, 2006 |
| | ) | Time:  11:00 AM |
| PROSPERO VENTURES, L.P. | ) | Room: Ctrm 3, 1301 Clay St., Oakland |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER APPROVING THE FORM AND MANNER OF NOTICE TO
CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE**

Upon full consideration of the Motion of the U.S. Small Business Administration as

Receiver ("Receiver") for Prospero Ventures, L.P. ("Prospero") (f/k/a  Dotcom Ventures, L.P.,

f/k/a  ASCII Ventures, L.P.) for an Order Approving the Form and Manner of Notice to

Claimants and Establishing a Claims Bar Date, and this Court being duly advised as to the merits

and made certain findings on the record including a sufficient notice period shall be sixty (60)

**C 04-4351 SBA - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO
CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE**

days notice and by using a national publication to give sufficient notice to potential unknown

claimants,

IT IS HEREBY ORDERED THAT:

1.  The Receiver's Motions (1) to Reopen this case and (2) to consider entry of an Order

Approving the Form and Manner of Notice to Claimants and Establishing a Claims Bar Date are

both GRANTED;

2.      Following the entry of this Order, the Receiver is ORDERED to send notice,

substantially in the form set forth as Exhibit "A" hereto, via first-class mail, postage prepaid, to

those persons or entities, other than the U.S. Small Business Administration and parties

contracted or retained by the U.S. Small Business Administration as Receiver, which the

Receiver has reason to believe are creditors, agents, former directors or officers, employees,

partners, participant investors or lenders of Prospero, portfolio concerns or limited partners of

Prospero, and to any other persons or entities who have, during the term of the receivership,

asserted a claim (of whatever kind or merit) against Prospero, the receivership estate, or assets or

funds in the possession of the Receiver;

3.      The Receiver is further ORDERED to publish notice, substantially in the form set

forth in Exhibit "A" hereto, once each week for two weeks in *The Wall Street Journal*, a

newspaper of general circulation;

4.      This Court further ORDERS that it finds that notice provided in the form and

manner described in Paragraphs 2 and 3 of this Order is reasonable notice, under the

circumstances, to persons or entities who may have claims against Prospero, the receivership

estate, or assets or funds in the possession of the Receiver;

**C 04-4351 SBA - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO
CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE**

5.      All persons or entities having claims against Prospero, or the receivership estate, or assets or funds in the possession of the Receiver, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, are ORDERED to file such claims in writing and in the form prescribed in paragraph 6 of this Order, with the Receiver, c/o Brian S. Stern, Principal Agent for SBA, Receiver for Prospero Ventures, L.P., 666 11th Street, N.W., Suite 200, Washington, D.C. 20001, within sixty (60) days of the last day of notice by publication, which date will be stated in the mailed and published notices;

6.      In setting forth a claim against Prospero, the receivership estate or assets or funds in the possession of the Receiver, all persons and entities are ORDERED to state in writing: (1) the full name and address and telephone number of the claimant; (2) the amount of the claim; (3) the specific grounds for each claim; and (4) the date on which the obligation was allegedly incurred by Prospero; and (5) to provide at the time of filing such written claims any and all documents or other materials which the claimant believes supports the claim or might assist the Receiver in evaluating the claim;

7.      In the event that the Receiver recommends denial of any claim, it is ORDERED that the Receiver is authorized and directed to move for summary disposition of said claim(s) and to furnish a copy of the moving papers to the claimant(s); in such case the claimant may respond within 30 days, serving a copy of its response on the Receiver, and the Court will resolve said claim(s) expeditiously through a summary procedure that the Court will determine at that time; and

8.      To give effect to the "claims bar date" established in Paragraph 5 of this Order, by which date claims must be filed or shall forever be barred, it is further ORDERED that any

**C 04-4351 SBA - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE**

3

persons or entities, other than the U.S. Small Business Administration and parties contracted or

retained by the U.S. Small Business Administration as Receiver, which fail to file a claim against

Prospero, the receivership estate, or assets or funds in the possession of the Receiver, in the form

and by the time and date required by this Order, shall be forever barred and permanently

enjoined from asserting, pursuing or prosecuting any such claims, of any kind or nature, whether

now known or unknown, against Prospero, its Receiver, their successors or assigns, or against

assets or funds in the possession of the Receiver.

(9) In accordance with the Court Order granting Receiver's Motions to Reopen this case,

this case is now administratively closed. The Receiver may move to re-open the case for

appropriate post-judgment relief at a later time. The Clerk shall close the file and terminate any

pending matters.

SO ORDERED: This 7th_ day of February 2006, in Oakland, California.

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

Copies To:

Edwin L. Joe
Special Assistant United States Attorney
455 Market Street, Sixth Floor
San Francisco, CA 094105
Telephone: (415) 744-8494
Facsimile: (415) 744-6812

**C 04-4351 SBA - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE**

1 | Arlene P. Messinger
Assistant General Counsel for SBIC Enforcement
2 | U.S. Small Business Administration
Receiver for Prospero Ventures, L.P.
3 | 409 Third Street, S.W., 7th Floor
Washington, DC  20416
4 | Telephone: (202) 205-6857
Facsimile: (202) 481-0325
5 |
6 |
Brian S. Stern
7 | Principal Agent for the Receiver
SBA, Receiver for Prospero Ventures, L.P.
8 | 666 11th Street, N.W., Suite 200
Washington, D.C. 20001-4542
9 | Telephone: (202) 272-3604
Facsimile: ( 202) 504-2247
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

**C 04-4351 SBA - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE**

1

2

## NOTICE TO ALL CREDITORS OR CLAIMANTS OF
## PROSPERO VENTURES, L.P.

3

4      By Order of the U.S. District Court for the Northern District of California, Oakland
Division, dated _____, persons or entities who wish to assert a claim against

5      Prospero Ventures, L.P. ("Prospero") (f/k/a Dotcom Ventures, L.P., f/k/a  ASCII Ventures, L.P.)
must do so by filing a <u>written</u> claim with the Receiver on or before <mark>[date sixty (60) days after last</mark>

6      <mark>date of notice by publication]</mark>. <u>All previously submitted claims against Prospero or its Receiver
must be resubmitted in accordance with this Notice.</u>

7

8      Prospero, a California limited partnership, is a Small Business Investment Company
("SBIC") licensed by the U.S. Small Business Administration ("SBA"). Prospero has been in

9      receivership since October 20, 2004 by Order of the Court identified above, entered in Case No.
C 04-4351, <u>U.S.A. v. Prospero Ventures, L.P.</u>,

10

11      Any person or entity asserting a claim against Prospero or assets or funds in the hands of
the Receiver, must do so <u>in writing</u>, and forward such claim to:

12

13              SBA, Receiver for Prospero Ventures, L.P.
              Brian S. Stern, Principal Agent

14              666 11th Street, N.W., Suite 200
              Washington, D.C. 20001-4542

15

16      Claims must be received no later than 5:00 p.m. E.S.T., <mark>[date sixty (60) days after last
date of notice by publication]</mark>.

17

18      Your claim must state: (1) the full name, address and telephone number of the claimant;
(2) the amount of the claim; (3) the specific grounds for each claim; (4) the date on which the

19      obligation was allegedly incurred by Prospero or the Receiver; and (5) must attach all other
documents or materials which support the claim, or which the Receiver might require in

20      evaluating the claim. If you fail to provide any of the specified information, your claim will be
deemed incomplete and untimely.

21

22      Failure to present a complete and timely claim to the Receiver on or before <mark>(Date)</mark> will
result in your claim being forever barred, and you will not thereafter be able to make a claim

23      against Prospero, or any other assets or funds in the possession of the Receiver.

24              U.S. SMALL BUSINESS ADMINISTRATION
              As Receiver for Prospero Ventures, L.P.

25

26                      **EXHIBIT A**

27

28
                                                                              6

**C 04-4351 SBA - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO
CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE**