1  KEVIN V. RYAN, CA NO. 118321
   United States Attorney
2  JOANN M. SWANSON, CA NO. 88143
3  Chief, Civil Division
   EDWIN L. JOE, CA NO. 112328
4  Special Assistant U.S. Attorney

5
       455 Market Street, Sixth Floor
6      San Francisco, CA  94105
       Telephone: (415) 744-8494
7      Facsimile: (415) 744-6812
8      edwin.joe@sba.gov

9  Attorneys for Plaintiff

10               UNITED STATES DISTRICT COURT
11               NORTHERN DISTRICT OF CALIFORNIA
                       OAKLAND DIVISION
12
13  UNITED STATES OF AMERICA,   )   E-Filing
                                )
14         Plaintiff,            )   Case No: C 04-4351 SBA
                                )   HON. SAUNDRA BROWN ARMSTRONG
15                              )
16     v.                        )   Date:  Oct. 31, 2006
                                )   Time:  1:00 PM
17  PROSPERO VENTURES, L.P.     )   Room:  Ctrm 3, 1301 Clay St., Oakland
                                )
18         Defendant.            )
                                )
19  _____ )

20
21  **ORDER APPROVING THE RECEIVER'S NOTICE AND**
    **<u>DETERMINATION OF CLAIMS</u>**

22    This matter comes before the Court on the Motion of the U.S. Small Business
23
    Administration ("SBA") as Receiver ("Receiver") for Prospero Ventures, L.P. ("Prospero")
24
25  (f/k/a  Dotcom Ventures, L.P., f/k/a  ASCII Ventures, L.P.) for Entry of an Order Approving the

26  Receiver's Notice and Determination of Claims, Memorandum in Support of Motion, and

27  Receiver's Notice and Determination of Claims Received in Response to the Claims Bar Date.

28  After reviewing the pleadings, and this Court being duly advised as to the merits,

IT IS HEREBY ORDERED THAT:

1. The Receiver's Motions (1) to reopen this case and (2) to consider entry of an Order Approving the Receiver's Notice and Determination of Claims are both **GRANTED**; and

2. The Receiver's Notice and Determination of Claims Received in Response to the Claims Bar Date, and of Prospero's debt due to the SBA, and the Receiver's recommendations therein are **APPROVED**; and

3. The withdrawal of the claim filed by the Krishnan Shah Family Limited Partnership, LP ("Shah") is **APPROVED**; and

4. The Receiver is authorized to pay the following claims in the following order of priority, to the extent of available receivership assets, and the following claims are hereby **APPROVED**:

    a) First, any and all administrative expenses of the receivership estate as they are presented and become due;

    b) Second, any outstanding Receiver's Certificates, should the Receiver make such borrowings from the SBA in the future, plus accrued interest;

    c) Third, the general unsecured claim filed by Cooley Godward LLP ("Cooley") in the amount of $42,959.22, and the general unsecured claim filed by Pepper Hamilton LLP ("Pepper") in the amount of $11,890.35;

    d) Fourth, the general unsecured debt of Prospero to the U.S. Small Business Administration ("SBA"), in the principal amount of $8,984,885, which is the total principal amount of the 15 Participating Securities purchased by SBA from Prospero;

    e) Fifth, to the Limited Partners of Prospero in accordance with the provisions contained in the Amended and Restated Limited Partnership Agreement dated

September 10, 1999, as amended, provided that the Limited Partner has paid or satisfied its capital commitment to Prospero in full; and

    5.    The Receiver is authorized to make immediate payment in the amount of $42,959.22 to Cooley in full satisfaction of its claim, and in the amount of $11,890.35 to Pepper in full satisfaction of its claim, and may make partial payments from receivership funds to the SBA in partial repayment of the total principal of $8,984,885 of its 15 Participating Securities, in such amounts and at such times as the Receiver deems appropriate, without further prior order of this Court; and

    6.    All persons who failed to file claims pursuant to the terms of the Court's Order entered February 8, 2006 establishing the Claims Bar Date, shall be forever barred and shall be permanently enjoined from asserting, pursuing or prosecuting any pre-receivership claim (i.e., arising before October 20, 2004) against Prospero, the Receiver, their successors or assigns, or against assets or funds in the possession of the Receiver.

    7.    In accordance with the Court Order granting the Receiver's Motion to Reopen this case and to consider entry of an Order Approving and Confirming the Receiver's Notice and Determination of Claims received in response to the Claims Bar Date, this case is now

//
//
//
//
//
//
//

**C 04-4351 SBA - ORDER APPROVING THE RECEIVER'S NOTICE AND DETERMINATION OF CLAIMS**

1  administratively closed.  The Receiver may move to re-open the case for appropriate post-

2  judgment relief at a later time.  The Clerk shall close the file and terminate any pending matters.

3

4

5       SO ORDERED: This 31st day of  October, 2006, in Oakland, California.

6

7       */s/ Saundra B. Armstrong*

8       HON. SAUNDRA BROWN ARMSTRONG
     United States District Judge

9

10  Copies To:

11  Edwin L. Joe
Special Assistant United States Attorney
12  455 Market Street, Sixth Floor
San Francisco, CA 094105
13  Telephone: (415) 744-8494
14  Facsimile: (415) 744-6812

15

16  Arlene P. Messinger
Assistant General Counsel for SBIC Enforcement
17  U.S. Small Business Administration
Receiver for Prospero Ventures, L.P.
18  409 Third Street, S.W., 7th Floor
19  Washington, DC  20416
Telephone: (202) 205-6857
20  Facsimile: (202) 481-0325

21
Brian S. Stern
22  Principal Agent for the Receiver
SBA, Receiver for Prospero Ventures, L.P.
23  666 11th Street, N.W., Suite 200
Washington, D.C. 20001-4542
24  Telephone: (202) 272-3604
25  Facsimile: ( 202) 504-2247

26

27

28

**C 04-4351 SBA - ORDER APPROVING THE RECEIVER'S NOTICE AND
DETERMINATION OF CLAIMS**

4