KEVIN V. RYAN, CA NO. 118321
United States Attorney
JOANN M. SWANSON, CA NO. 88143
Chief, Civil Division
EDWIN L. JOE, CA NO. 112328
Special Assistant U.S. Attorney

    455 Market Street, Sixth Floor
    San Francisco, CA  94105
    Telephone: (415) 744-8494
    Facsimile: (415) 744-6812
    edwin.joe@sba.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | E-Filing |
| ) | |
|     Plaintiff, ) | Case No: C 04-4351 SBA |
| ) | HON. SAUNDRA BROWN ARMSTRONG |
| ) | |
|     v. ) | Date:   October 31, 2006 |
| ) | Time:   1:00 PM |
| PROSPERO VENTURES, L.P. ) | Room: Ctrm 3, 1301 Clay St., Oakland |
| ) | |
|     Defendant. ) | |
| _____) | |

<b><u>ORDER</u></b>

This matter comes before the Court on the Motion of the U.S. Small Business Administration ("SBA") as Receiver ("Receiver") for Prospero Ventures, L.P. ("Prospero") (f/k/a Dotcom Ventures, L.P., f/k/a ASCII Ventures, L.P.) to re-open this case and for Entry of an Order Approving and Confirming the First Receiver's Report for the Period October 20, 2004 through June 30, 2006, and this Court having considered the Supplemental Declaration of Brian Stern and being duly advised as to the merits of the motion,

<b>C 04-4351 SBA - ORDER APROVING THE FIRST RECEIVER'S REPORT FOR THE
PERIOD OF OCTOBER 20, 2004 THROUGH JUNE 30, 2006</b>

IT IS HEREBY ORDERED THAT:

1. The Receiver's Motions (1) to reopen this case and (2) to consider entry of an Order Approving and Confirming the First Receiver's Report for the Period October 20, 2004 through June 30, 2006, are both **GRANTED**; and

2. This Court APPROVES AND CONFIRMS the First Receiver's Report for the Period October 20, 2004 through June 30, 2006 and the actions and the activities of the Receiver as reported therein and further expanded upon in the Supplemental Declaration of Brian Stern (Court Document # 30 ) ; and

3. This Court authorizes the Receiver to abandon further efforts to collect on the debts owed to Prospero by ICRAS, Inc. and by Market Results, Inc., and to abandon further efforts to liquidate Prospero's equity interests in ICRAS, Inc. and in Market Results, Inc., and to close both portfolios; and

4. This Court approves the sales by the Receiver of Prospero's shares of stock in Salon Media Group, Inc. and in International Monetary Systems Ltd., and authorizes the Receiver to close both portfolios; and

5. In accordance with the Court Order granting the Receiver's Motion to Reopen this case and to consider entry of an Order Approving and Confirming the First Receiver's Report for the Period October 20, 2004 through June 30, 2006, this case is now administratively

//

//

//

//

1  closed.  The Receiver may move to re-open the case for appropriate post-judgment relief at a

2  later time.  The Clerk shall close the file and terminate any pending matters.

3

4

5  SO ORDERED: This 8th day of January 8, 2007, in Oakland, California.

6

7  _____
8  HON. SAUNDRA BROWN ARMSTRONG
   United States District Judge

9

10 Copies To:

11 Edwin L. Joe
   Special Assistant United States Attorney
12 455 Market Street, Sixth Floor
13 San Francisco, CA 094105
   Telephone: (415) 744-8494
14 Facsimile: (415) 744-6812

15
   Arlene P. Messinger
16 Assistant General Counsel for SBIC Enforcement
   U.S. Small Business Administration
17 Receiver for Prospero Ventures, L.P.
   409 Third Street, S.W., 7th Floor
18 Washington, DC  20416
19 Telephone: (202) 205-6857
   Facsimile: (202) 481-0325
20
   Brian S. Stern
21 Principal Agent for the Receiver
22 SBA, Receiver for Prospero Ventures, L.P.
   666 11th Street, N.W., Suite 200
23 Washington, D.C. 20001-4542
   Telephone: (202) 272-3604
24 Facsimile: ( 202) 504-2247

25

26

27

28

3

**C 04-4351 SBA - ORDER APROVING THE FIRST RECEIVER'S REPORT FOR THE
PERIOD OF OCTOBER 20, 2004 THROUGH JUNE 30, 2006**