JOSEPH P. RUSSONIELLO, CA NO. 44332
United States Attorney
JOANN M. SWANSON, CA NO. 88143
Chief, Civil Division
EDWIN L. JOE, CA NO. 112328
Special Assistant U.S. Attorney

    455 Market Street, Sixth Floor
    San Francisco, CA 94105
    Telephone: (415) 744-8494
    Facsimile: (415) 744-6812
    edwin.joe@sba.gov

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | E-Filing |
| | ) | |
| Plaintiff, | ) | Case No: C 04-4351 SBA |
| | ) | HON. SAUNDRA BROWN ARMSTRONG |
| | ) | |
| v. | ) | Date: April 28, 2009 |
| | ) | Time: 1:00 PM |
| PROSPERO VENTURES, L.P. | ) | Room: Ctrm 3, 1301 Clay St., Oakland |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### ORDER

This matter comes before the Court on the Motion of the U.S. Small Business Administration ("SBA") as Receiver ("Receiver") for Prospero Ventures, L.P. ("Prospero") (f/k/a Dotcom Ventures, L.P., f/k/a ASCII Ventures, L.P.) for Entry of an Order Approving and Confirming the Third Receiver's Report for the Period September 1, 2007 through August 31, 2008, and this Court being duly advised as to the merits,

**C 04-4351 SBA - ORDER APPROVING THE THIRD RECEIVER'S REPORT FOR THE PERIOD OF SEPTEMBER 1, 2007 THROUGH AUGUST 31, 2008**

IT IS HEREBY ORDERED THAT:

1.  The Receiver's Motions (1) to reopen this case and (2) to consider entry of an Order Approving and Confirming the Third Receiver's Report for the Period September 1, 2007 through August 31, 2008, are both **GRANTED**; and

2.  This Court APPROVES AND CONFIRMS the Third Receiver's Report for the Period September 1, 2007 through August 31, 2008 and the actions and the activities of the Receiver as reported therein; and

3.  In accordance with the Court Order granting the Receiver's Motion to Reopen this case and to consider entry of an Order Approving and Confirming the Third Receiver's Report for the Period September 1, 2007 through August 31, 2008, this case is now administratively closed. The Receiver may move to re-open the case for appropriate post-judgment relief at a later time. The Clerk shall close the file and terminate any pending matters.

SO ORDERED: This __21__ day of __APRIL__ 2009, in Oakland, California.

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

**C 04-4351 SBA - ORDER APPROVING THE THIRD RECEIVER'S REPORT FOR THE PERIOD OF SEPTEMBER 1, 2007 THROUGH AUGUST 31, 2008**

Copies To:

Edwin L. Joe
Special Assistant United States Attorney
455 Market Street, Sixth Floor
San Francisco, CA 094105
Telephone: (415) 744-8494
Facsimile: (415) 744-6812

Arlene P. Messinger
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration
Receiver for Prospero Ventures, L.P.
409 Third Street, S.W., 7th Floor
Washington, DC 20416
Telephone: (202) 205-6857
Facsimile: (202) 481-0325

Brian S. Stern
Principal Agent for the Receiver
SBA, Receiver for Prospero Ventures, L.P.
666 11th Street, N.W., Suite 200
Washington, D.C. 20001-4542
Telephone: (202) 272-3604
Facsimile: ( 202) 504-2247

**C 04-4351 SBA - ORDER APPROVING THE THIRD RECEIVER'S REPORT FOR THE PERIOD OF SEPTEMBER 1, 2007 THROUGH AUGUST 31, 2008**