JOSEPH P. RUSSONIELLO, CA NO. 44332
United States Attorney
JOANN M. SWANSON, CA NO. 88143
Chief, Civil Division
EDWIN L. JOE, CA NO. 112328
Special Assistant U.S. Attorney

455 Market Street, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 744-8494
Facsimile: (415) 744-6812
edwin.joe@sba.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | E-Filing |
| ) | |
| Plaintiff, ) | Case No: C 04-4351 SBA |
| ) | HON. SAUNDRA BROWN ARMSTRONG |
| ) | |
| v. ) | Date: February 2, 2010 |
| ) | Time: 1:00 PM |
| PROSPERO VENTURES, L.P. ) | Room: Ctrm 1, 4th Floor, 1301 Clay St., Oakland |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **ORDER**

This matter comes before the Court on the Motion of the U.S. Small Business Administration ("SBA") as Receiver ("Receiver") for Prospero Ventures, L.P. ("Prospero") (f/k/a Dotcom Ventures, L.P., f/k/a ASCII Ventures, L.P.) for Entry of an Order Approving and Confirming the Fourth Receiver's Report for the Period September 1, 2008 through August 31, 2009, and this Court being duly advised as to the merits, and there being no opposition,

**C 04-4351 SBA - ORDER APPROVING THE FOURTH RECEIVER'S REPORT FOR THE PERIOD OF SEPTEMBER 1, 2008 THROUGH AUGUST 31, 2009**

IT IS HEREBY ORDERED THAT:

1. The Receiver's Motions (1) to reopen this case and (2) to consider entry of an Order Approving and Confirming the Fourth Receiver's Report for the Period September 1, 2008 through August 31, 2009, are both **GRANTED**; and

2. This Court APPROVES AND CONFIRMS the Fourth Receiver's Report for the Period September 1, 2008 through August 31, 2009 and the actions and the activities of the Receiver as reported therein; and

3. In accordance with the Court Order granting the Receiver's Motion to Reopen this case and to consider entry of an Order Approving and Confirming the Fourth Receiver's Report for the Period September 1, 2008 through August 31, 2009, this case is now administratively closed. The Receiver may move to re-open the case for appropriate post-judgment relief at a later time. The Clerk shall close the file and terminate any pending matters.

SO ORDERED: This _28th day of January 2010, in Oakland, California.

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

2

**C 04-4351 SBA** - **ORDER APPROVING THE FOURTH RECEIVER'S REPORT FOR THE PERIOD OF SEPTEMBER 1, 2008 THROUGH AUGUST 31, 2009**

1  Copies To:

2  Edwin L. Joe
3  Special Assistant United States Attorney
   455 Market Street, Sixth Floor
4  San Francisco, CA 094105
   Telephone: (415) 744-8494
5  Facsimile: (415) 744-6812

6
   Arlene P. Messinger
7  Assistant General Counsel for SBIC Enforcement
   U.S. Small Business Administration
8  Receiver for Prospero Ventures, L.P.
9  409 Third Street, S.W., 7th Floor
   Washington, DC  20416
10 Telephone: (202) 205-6857
   Facsimile: (202) 481-0325
11

12 Brian S. Stern
   Principal Agent for the Receiver
13 SBA, Receiver for Prospero Ventures, L.P.
   1100 G Street, N.W., Suite 200
14 Washington, D.C. 20005
15 Telephone: (202) 272-3604
   Facsimile: ( 202) 504-2247

**C 04-4351 SBA - ORDER APPROVING THE FOURTH RECEIVER'S REPORT FOR THE PERIOD OF SEPTEMBER 1, 2008 THROUGH AUGUST 31, 2009**

3